IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANDRE HERRING-DANCY, individually, and on behalf of all others similarly situated, <br>         Plaintiff, <br><br> v. <br><br> MILHAUS DEVELOPMENT LLC, <br><br>         Defendant. | ) ) ) ) ) ) ) ) ) ) ) Case No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441, and 1446 defendant Milhaus Development, LLC ("Defendant"), appears for the purpose of removing to the United States District Court for the Western District of Missouri the action styled, *Andre Herring-Dancy v. Milhaus Development LLC.,* Case No. 22CN-CC00071, currently pending in the Circuit Court of Clinton County, Missouri. In support of its Notice of Removal, Defendant states as follows:

## PROCEDURAL POSTURE AND VENUE

1. On December 16, 2022, Plaintiff Andre Herring-Dancy ("Plaintiff") filed a Petition in the Circuit Court of Clinton County, Missouri, styled as *Andre Herring-Dancy v. Milhaus Development LLC*, Case No. 22CN-CV00071 (the "State Court Action").

2. On December 28, 2022, Defendant was served with the Summons and a copy of the Petition in the State Court Action, which are included as part of **Exhibit A.**

3. Defendant is filing this Notice of Removal within thirty (30) days after service of the Summons and Complaint. The date on or before which Defendant is required by law to remove this action is January 26, 2023. Therefore, this Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446(b).

4. The Circuit Court of Clinton County, Missouri is located within the Western District of Missouri. 28 U.S.C. § 105(b)(1). Thus, venue is proper in this Court because it is the "district and division embracing the place where such [state court] action is pending." 28 U.S.C. § 1441(a). Filing this Removal in the Clerk's office in Kansas City, Missouri is appropriate.

5. In accordance with 28 U.S.C. §1446(a) a copy of the entire court file in the State Court Action, including the docket sheet, all pleadings and papers that have been filed and served on Defendant in the State Court Action, is attached to this Notice as **Exhibit A**. Plaintiff has not served upon Defendant any other process, pleadings, or orders.

6. Defendant will promptly, upon filing this Notice of Removal, give written notice to Plaintiff's counsel and will file a copy of this Notice of Removal with the Circuit Court of Clinton County, Missouri, as required by 28 U.S.C. §1446(d). Attached to this Notice as **Exhibit B** is a copy of the Notice of Defendant's Notice of Removal to Federal Court, which is being filed in the Circuit Court of Clinton County, Missouri.

7. Exhibits A and B together constitute all records and proceedings had in the State Court Action.

## THIS COURT HAS ORIGINAL FEDERAL QUESTION JURISDICTION OVER PLAINTIFF'S CLAIMS

8. In his Petition, Plaintiff asserts claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681b, *et seq* and Missouri law. (*See* **Exhibit A,** Plaintiff's Petition.)

9. Accordingly, this Court has original federal question jurisdiction under 28 U.S.C. §1331 because the allegations in Plaintiff's Petition are based on a claim asserted under the laws of the United States of America. This Court also has supplemental jurisdiction over Plaintiff's state law claims because they form a part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. § 1367(a).

2

Case 5:23-cv-06010-FJG    Document 1    Filed 01/25/23    Page 2 of 6

## THIS COURT HAS DIVERSITY JURISDICTION AS THERE IS DIVERSITY AMONG THE PARTIES AND THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

10. The State Court Action may also be removed to this Court pursuant to 28 U.S.C. § 1441 because this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 by reason of complete diversity between the parties and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

## DIVERSITY OF CITIZENSHIP

11. Plaintiff is now and was at the time the State Court Action was commenced, a resident and citizen of the State of Missouri. (**Exhibit A**, Petition, ¶ 10).

12. Plaintiff's Petition alleges that Defendant Milhaus Development, LLC is a foreign company. (**Exhibit A**, Petition, ¶ 11).

13. Milhaus Development, LLC is, and was at the time this lawsuit was filed, a limited liability company organized under the laws of Indiana, with its principal place of business in Indiana. An LLC's citizenship is defined by the citizenship of its members. *GMAC Comm. Credit LLC v. Dillard Dept. Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004); *Hennely v. Broadfield*, No. 4:14cv1297, 2014 WL 5754521, *2 (E.D. Mo. 2014) (LLC's citizenship is defined by citizen of members, not principal place of business). None of the members of Milhaus Development, LLC are citizens of Missouri. (**Exhibit C,** Declaration of David M. Bullington, ¶3).

14. Because Plaintiff's Missouri citizenship is distinct from the citizenship of Milhaus Development, LLC, and all of its members, complete diversity of citizenship exists between the parties. *See* 28 U.S.C. § 1332(a).

## AMOUNT IN CONTROVERSY

15. Defendant denies liability and denies Plaintiff's assertion of damages. Specifically, Plaintiff asserts claims and is requesting statutory damages, punitive damages, and reasonable attorneys' fees "on behalf of himself and all class members." (*See* **Exhibit A**, Petition, ¶¶, 86-88, 108-110, 119, Wherefore clause.)

16. Plaintiff alleges no specific amount in controversy. However, based upon Plaintiff's allegations, the alleged amount in controversy is more than $75,000, exclusive of costs and interest.

17. The standard for determining whether a plaintiff's claim meets the amount in controversy is whether "a fact finder could legally award more than $75,000." *Smith v. AT&T*, 2020 WL 2061206 No. 4:19-CV-881-RK (W.D. Mo Apr. 29, 2020).

18. When a complaint fails to allege the amount of damages, the removing defendant must only assert a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *See Abraham v. State Farm Mutual Automobile Insurance Company*, 2020 WL 1433782, *3 (N.D. Ill. 2020) (internal quotations omitted), *citing Dart Cherokee Basin Operating Co. LLC v. Owens,* 574 U.S. 81, 89 (2014). Only if the court or another party contests the allegations of removability must the removing party submit evidence supporting its allegations, whereupon removability is decided under a preponderance of the evidence standard. *Dart Cherokee*, 574 U.S. at 82.

19. Courts will consider punitive damages and attorneys' fees in determining whether the amount in controversy exceeds $75,000. *See Allison v. Sec. Ben. Life Ins. Co.*, 980 F.2d 1213, 1215 (8th Cir. 1992); *Capital Indem. Co. v. Miles*, 978 F.2d 437, 438 (8th Cir. 1992).

20. With respect to punitive damages, Plaintiff has the burden to show that Defendant's conduct was "outrageous because of its evil motive or reckless indifference to the rights of others." *Browning v. President Riverboard Casino-MO.*, 139 F.3d 631, 636-37 (8th Cir. 1998) (quoting *Kientzy v. McDonnell Douglas Corp.*, 990 F.2d 1051, 1062 (8th Cir. 1993)). If successful, however, the potential recovery of punitive damages could, by itself, exceed the jurisdictional requirement for diversity jurisdiction.

21. In this lawsuit, Plaintiff is requesting, on behalf of himself and all class members, statutory and punitive damages, and attorneys' fees. Accordingly, Defendant has proved by a preponderance of the evidence that the amount in controversy exceeds $75,000.

WHEREFORE, for the above and foregoing reasons, Defendant hereby notifies this Court, Plaintiff, and the Circuit Court of Clinton County, Missouri that the above-captioned matter, now pending against it in the Circuit Court of Clinton County, Missouri has been removed to the United States District Court for the Western District of Missouri, pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

*/s/ Samantha J. Monsees*
Samantha J. Monsees MO Bar No. 65545
Lauren M. Sobaski, MO Bar No. 68798
**FISHER & PHILLIPS LLP**
4622 Pennsylvania, Suite 910
Kansas City, Missouri 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: smonsees@fisherphillips.com
Email: lsobaski@fisherphillips.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of January 2023, that a true and correct copy of the above and foregoing document was filed using the Court's CM/ECF system which will automatically send electronic notice of filing to the following:

C. Jason Brown
Jayson A. Watkins
Brown & Watkins LLC
301 S. US 169 Hwy.
Gower, MO 64454
TEL: (816) 424-1390
FAX: (816) 424-1337
Email: brown@brownandwatkins.com
Email: watkins@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

                                                       */s/* *Samantha J. Monsees*
                                                       Attorney for Defendant